THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICIO BAUTISTA, Appellant.

Submitted May 1, 2006; decided May 4, 2006

Motion by Prisoners' Legal Services of New York et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed submission is accepted as filed.